72 A.3d 243

IN THE MATTER OF EVELYN F. GARCIA, AN ATTORNEY AT LAW (ATTORNEY NO. 049801997).

September 5, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–428, concluding that **EVELYN F. GARCIA** of **EAST BRUNSWICK,** who was admitted to the bar of this State in 1998, should be censured for violating *RPC* 1.5(b) (failure to set forth in writing the rate or nature of the fee), *RPC* 1.15(a) and (b) (failure to safeguard client or escrow funds held in the trust account), *RPC* 1.15(d) and *Rule* 1:21–6 (recordkeeping violations),

RPC 5.4(c) (a lawyer shall not permit a person who recommends, employs or pays the lawyer to render legal services for another to direct or regulate the attorney's professional judgment in rendering such legal services), RPC 8.4(b) (committing a criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer), and RPC 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **EVELYN F. GARCIA** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.